| | |
|---|---|
| 1 | S. Mark Varney, No. 121129 |
|   | Jonathan Yank, No. 215495 |
| 2 | **CARROLL, BURDICK & McDONOUGH LLP** |
|   | Attorneys at Law |
| 3 | 44 Montgomery Street, Suite 400 |
|   | San Francisco, CA 94104 |
| 4 | Telephone:   415.989.5900 |
|   | Facsimile:    415.989.0932 |
| 5 | Email:          mvarney@cbmlaw.com |
|   |                      jyank@cbmlaw.com |
| 6 | |
| 7 | Attorneys for Plaintiff |
|   | SUNBEAM PRODUCTS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CW**

**CV 08     0367**

| | |
|---|---|
| FIRE INSURANCE EXCHANGE, | No. |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(a) BY DEFENDANT SUNBEAM PRODUCTS, INC.** |
| SUNBEAM PRODUCTS, INC. and DOES 1 through 10, inclusive, | |
| Defendants. | Complaint Filed: November 28, 2007 |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION; PLAINTIFF FIRE INSURANCE EXCHANGE; AND PLAINTIFF'S COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, 1446, defendant Sunbeam Products, Inc. ("Sunbeam"), hereby removes to this Court the state-court action described herein. Removal is based on the existence of federal diversity jurisdiction under 28 U.S.C. § 1332(a), because the parties to the action are completely diverse and the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs.

CBM-PRODUCTS\SF389785.1

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(A) BY DEFENDANT SUNBEAM PRODUCTS, INC.

Sunbeam states the following grounds for removal:

1. This civil action was commenced and is pending in the Superior Court of the State of California, Alameda County, a court located within this District, under Docket Number RG07353222. *See* 28 U.S.C. § 1441(a); N.D. Cal. Local R. 3-2(d).

2. The Summons and First Amended Class Action Complaint ("Complaint") in this action, dated November 26, 2007, were served upon Sunbeam on or about December 20, 2007. True copies of the Summons and Complaint, as served on Sunbeam, are attached to the Declaration of S. Mark Varney, filed and served herewith, as Exhibit A.

3. Sunbeam files this Notice of Removal within 30 days of service of the Summons and Complaint.

4. This Court has jurisdiction of this action under the provisions under 28 U.S.C. § 1332(a), because the parties to the action are completely diverse and the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs.

5. On information and belief, both at the time this action was filed and at the time of removal, plaintiff Fire Insurance Exchange was, and still is, a corporation existing under the laws of the state of Nevada, with its headquarters and principal place of business in Los Angeles, California. (Declaration of S. Mark Varney at ¶¶ 4, 5, & 6, and Exhibits B, C, & D thereto.) Accordingly, pursuant to 29 U.S.C. § 1332(c), Fire Insurance Exchange is a citizen of Nevada and California for purposes of diversity jurisdiction under 28 U.S.C. § 1332(a).

6. Both at the time this action was filed and at the time of removal, Sunbeam was, and still is, incorporated under the laws of the state of Delaware, with its headquarters and principal place of business in Florida. Accordingly, pursuant to 29 U.S.C. § 1332(c), Sunbeam is a citizen of Delaware and Florida for purposes of diversity jurisdiction under 28 U.S.C. § 1332(a).

7. In light of the different citizenship of plaintiff Fire Insurance Exchange and defendant Sunbeam, the two parties to this lawsuit, there is complete diversity within the meaning of 29 U.S.C. § 1332(a).

8. In the Complaint in this case, plaintiff alleges that defendant "Sunbeam Products, Inc., negligently manufactured and/or designed [an] electric blanket in such a way as to cause a fire at the above-mentioned premises, which resulted in damages to the premises."

9. In the Complaint, plaintiff's prayer seeks compensatory damages and recovery of any amounts paid by plaintiff to the owner of the allegedly damaged property under a contract of insurance between plaintiff and the property owner.

10. Based on the allegations of the Complaint, plaintiff's prayer for relief, and the representation by counsel for Fire Insurance Exchange that property damages in this case amount to approximately $100,000.00, Sunbeam is informed and believes that the value of the matter in controversy exceeds $75,000.00, exclusive of interest or costs. 28 U.S.C. §§ 1332(a). (Declaration of S. Mark Varney at ¶ 7.)

11. Concurrent with the filing of this Notice, Sunbeam will file a copy of this Notice of Removal with the Clerk of the Alameda County Superior Court.

12. Other than the documents attached to the Declaration of S. Mark Varney as Exhibit A, no pleadings, process, orders or other documents in the case have been served or otherwise received by Sunbeam or, to Sunbeam's knowledge, are presently on file in the state court. In the event that such filings come to Sunbeam's attention, true and legible copies of such filings will immediately be filed with this Court.

CBM-PRODUCTS\SF389785.1                -3-

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(A) BY DEFENDANT SUNBEAM PRODUCTS, INC.

WHEREFORE, notice is given that this action is removed from the Superior Court of California, Alameda County, to the United States District Court for the Northern District of California, San Francisco Division.

Dated: January 18, 2008

Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By _____
S. Mark Varney
Attorneys for Defendant Sunbeam Products, Inc.

CBM-PRODUCTS\SF389785.1                   -4-

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(A) BY DEFENDANT SUNBEAM PRODUCTS, INC.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Sunbeam Products, Inc.; Jarden Corporation.

Dated: January 18, 2008

Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By /s/ S. Mark Varney
S. Mark Varney
Attorneys for Defendant Sunbeam Products, Inc.