1 | S. Mark Varney, No. 121129
Jonathan Yank, No. 215495
2 | **CARROLL, BURDICK & McDONOUGH** LLP
Attorneys at Law
3 | 44 Montgomery Street, Suite 400
San Francisco, CA 94104
4 | Telephone:   415.989.5900
Facsimile:   415.989.0932
5 | Email:       mvarney@cbmlaw.com
           jyank@cbmlaw.com
6 |
Attorneys for Plaintiff
7 | SUNBEAM PRODUCTS, INC.

8 |                UNITED STATES DISTRICT COURT

9 |              NORTHERN DISTRICT OF CALIFORNIA

10 |

11 | FIRE INSURANCE EXCHANGE,          CV No. 08        0367

12 |            Plaintiff,

13 |       v.                          **DECLARATION OF S. MARK VARNEY IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTION 1441(a) BY DEFENDANT SUNBEAM PRODUCTS, INC.**

14 | SUNBEAM PRODUCTS, INC. and
DOES 1 through 10, inclusive,

15 |
            Defendants.

16 |                                   Complaint Filed: November 28, 2007

17 |

18 |       I, S. Mark Varney, declare as follows:

19 |       1.    I make this declaration based upon my personal knowledge and, if

20 | called as a witness, could and would testify competently hereto.

21 |       2.    I am a member in good standing of the State Bar of California and

22 | am a partner with Carroll, Burdick & McDonough, LLP, attorneys for Defendant

23 | Sunbeam Products, Inc. ("Sunbeam").

24 |       3.    Attached hereto as Exhibit A are true and correct copies of the

25 | Summons and Complaint in this case.

26 |       4.    Attached hereto as Exhibit B is a printout of a portion of Farmers

27 | Group, Inc.'s internet web site, stating that plaintiff Fire Insurance Exchange is a branch

28 |

CBM-PRODUCTS\SF390538.1

1  of Farmers Group, Inc.

2        5.    Attached hereto as Exhibit C is a true and correct copy of a document

3  obtained from the corporate information database of the State of Nevada Secretary of

4  State pertaining to the incorporation and place of business of Farmers Group, Inc.

5  According to this document, Farmers Group, Inc. is incorporated in the State of Nevada

6  and has its principal place of business at 4680 Wilshire Blvd., Los Angeles, California

7  90010.

8        6.    Attached hereto is Exhibit D is a true and correct copy of a report

9  obtained by my office from Dun & Bradstreet's corporate information database, which

10  shows that plaintiff Fire Insurance Exchange's address and principal place of business is

11  4680 Wilshire Blvd., Los Angeles, California 90010.

12        7.    On January 15, 2008, I spoke with Kenneth W. Turner, Esq., counsel

13  for plaintiff Fire Insurance Exchange, by telephone.  During this conversation, Mr. Turner

14  advised me that the damages claimed in this case are in excess of $100,000.00.

15      I declare under penalty of perjury under the laws of the State of California

16  that the foregoing is true and correct and that this declaration was executed on January 18,

17  2008, at San Francisco, California.

18

19  _____

20  S. Mark Varney

21

DECLARATION OF S. MARK VARNEY IN SUPPORT OF REMOVAL BY DEFENDANT SUNBEAM PRODUCTS, INC.

# Exhibit A

Fire Insurance Exchange v. Sunbeam Products, Inc.
Case No. CV 08-0367 CW

*6135693*

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SUNBEAM PRODUCTS, INC., and DOES 1 through 10,
inclusive.

FILED
ALAMEDA COUNTY

NOV 2 8 2007

CLERK OF THE SUPERIOR COURT
By _Michelle Cohen_ Deputy

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
FIRE INSURANCE EXCHANGE

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case.  There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
   There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

   *Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante.  Una carta o una llamada telefónica no lo protegen.  Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte.  Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca.  Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
   Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:                                    CASE NUMBER:
*(El nombre y dirección de la corte es):*                                 *(Número del caso):* RG 07358222
ALAMEDA COUNTY SUPERIOR COURT
1225 Fallon Street

Oakland, California 94612
Rene C. Davidson Courthouse

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Kenneth W. Turner, Esq. (SB# 100393)          530-898-0774     530-898-0775
LAW OFFICES OF KENNETH W. TURNER
2057 Forest Avenue, Suite 3
Chico, California 95928
DATE: NOV 2 8 2007          Clerk, by _Michelle Cohen_, Deputy
*(Fecha)*                    *(Secretario)*                      *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA

**NOTICE TO THE PERSON SERVED: You are served**
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal
Solutions
℠ Plus

Code of Civil Procedure §§ 412.20, 465

*6135689*

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
Kenneth W. Turner, Esq. (SB# 100393)
LAW OFFICES OF KENNETH W. TURNER
2057 Forest Avenue, Suite 3
Chico, California 95928

TELEPHONE NO.: 530-898-0774   FAX NO.: 530-898-0775
ATTORNEY FOR (Name): Plaintiff, FIRE INSURANCE EXCHANGE

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, California 94612
BRANCH NAME: Rene C. Davidson Courthouse

CASE NAME: FIRE INSURANCE EXCHANGE v. SUNBEAM
PRODUCTS, INC., and DOES 1 through 10, inclusive.

FILED
ALAMEDA COUNTY
NOV 28 2007
CLERK OF THE SUPERIOR COURT
By _____ Deputy

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: RG07358222 |
|---|---|---|
| [X] Unlimited (Amount demanded exceeds $25,000)   [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:     DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[X] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties
b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. [ ] Substantial amount of documentary evidence
d. [ ] Large number of witnesses
e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action (specify): TWO
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)
Date: November 19, 2007

Kenneth W. Turner, Esq. (SB# 100393)
(TYPE OR PRINT NAME)          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Legal Solutions Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Kenneth W. Turner, Esq. (SB# 100393)<br>LAW OFFICES OF KENNETH W. TURNER<br>2057 Forest Avenue, Suite 3<br>Chico, California 95928 | |

TELEPHONE NO: 530-898-0774  FAX NO. (Optional): 530-898-0775
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff, FIRE INSURANCE EXCHANGE

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, California 94612
BRANCH NAME: Rene C. Davidson Courthouse

PLAINTIFF: FIRE INSURANCE EXCHANGE

DEFENDANT: SUNBEAM PRODUCTS, INC., and

[X] DOES 1 TO 10, Inclusive

**FILED**
ALAMEDA COUNTY

NOV 2 8 2007

CLERK OF THE SUPERIOR COURT
By _____
Deputy

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):

Type (check all that apply):
[ ] MOTOR VEHICLE   [X] OTHER (specify): SUBROGATION
[X] Property Damage   [ ] Wrongful Death
[ ] Personal Injury   [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded   [ ] does not exceed $10,000
                     [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER:

R G 0 7 3 5 8 2 2 2

1. Plaintiff (name or names): FIRE INSURANCE EXCHANGE

   alleges causes of action against defendant (name or names): SUNBEAM PRODUCTS, INC., and DOES 1 through 10, inclusive.
2. This pleading, including attachments and exhibits, consists of the following number of pages: FIVE
3. Each plaintiff named above is a competent adult
   a. [X] except plaintiff (name): FIRE INSURANCE EXCHANGE
      (1) [X] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 (Rev. January 1, 2007)

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Legal
Solutions
Plus

Code of Civil Procedure, § 425.12

PLD-PI-001

| SHORT TITLE: FIRE INSURANCE EXCHANGE v. SUNBEAM PRODUCTS, INC., and DOES 1 through 10, inclusive. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. ☐   Motor Vehicle
   b. ☒   General Negligence
   c. ☐   Intentional Tort
   d. ☒   Products Liability
   e. ☐   Premises Liability
   f. ☐   Other (specify):

11. Plaintiff has suffered
   a. ☐   wage loss
   b. ☐   loss of use of property
   c. ☐   hospital and medical expenses
   d. ☐   general damage
   e. ☒   property damage
   f. ☐   loss of earning capacity
   g. ☒   other damage (specify): Payout pursuant to contract of insurance.

12. ☐   The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐   listed in Attachment 12.
   b. ☐   as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒   compensatory damages
      (2) ☐   punitive damages
   The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) ☒   according to proof , plus interest pursuant to Civil Code Section 3287, et seq.
      (2) ☐   in the amount of: $ 0.00

15. ☒   The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):
      All charging allegations.

Date: November 19, 2007

Kenneth W. Turner
(TYPE OR PRINT NAME)

_(signature)_
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001(2)

| SHORT TITLE:  FIRE INSURANCE EXCHANGE v. SUNBEAM PRODUCTS, INC., and DOES 1 through 10, inclusive. | CASE NUMBER: |
|---|---|

FIRST _____ CAUSE OF ACTION—General Negligence        Page  FOUR
     (number)

ATTACHMENT TO  [X] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  FIRE INSURANCE EXCHANGE

alleges that defendant *(name)*:  SUNBEAM PRODUCTS, INC., and

[X] Does 1 _____ to 10, Inclusive

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*:  January 14, 2007

at *(place)*: 7308 Outlook, Oakland, California 94605 - residence of James & Victoria Esoimeme.

*(description of reasons for liability)*:

The Defendant, SUNBEAM PRODUCTS, INC., negligently manufactured and/or designed the subject electric blanket in such a way as to cause a fire at the above-mentioned premises, which resulted in damages to the premises. Additionally, the Defendant had inadequate use instructions and warnings.

The direct and proximate cause of the plaintiff's insureds' loss is due to the negligence of defendants, and each of them.  Pursuant to the applicable contract of insurance, Plaintiff, Fire Insurance Exchange, paid its insured and was subrogated to the extent of its payout.

| SHORT TITLE: FIRE INSURANCE EXCHANGE v. SUNBEAM PRODUCTS, INC., and DOES 1 through 10, inclusive. | CASE NUMBER: |
|---|---|

PLD-PI-001

4. [ ] **Plaintiff** *(name)*:

is doing business under the fictitious name *(specify)*:

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. [X] **except** defendant *(name)*: SUNBEAM PRODUCTS, INC.

(1) [X] a business organization, form unknown
(2) [ ] a corporation
(3) [ ] an unincorporated entity *(describe)*:

(4) [ ] a public entity *(describe)*:

(5) [ ] other *(specify)*:

c. [ ] **except** defendant *(name)*:

(1) [ ] a business organization, form unknown
(2) [ ] a corporation
(3) [ ] an unincorporated entity *(describe)*:

(4) [ ] a public entity *(describe)*:

(5) [ ] other *(specify)*:

b. [ ] **except** defendant *(name)*:

(1) [ ] a business organization, form unknown
(2) [ ] a corporation
(3) [ ] an unincorporated entity *(describe)*:

d. [ ] **except** defendant *(name)*:

(1) [ ] a business organization, form unknown
(2) [ ] a corporation
(3) [ ] an unincorporated entity *(describe)*:

SHORT TITLE: FIRE INSURANCE EXCHANGE v. SUNBEAM PRODUCTS, INC., and DOES 1 through 10, inclusive. | CASE NUMBER:

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): SUNBEAM
   PRODUCTS, INC.

   (1) ☒ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):

   (5) ☐ other (specify):

   c. ☐ except defendant (name):

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):

   (5) ☐ other (specify):

   b. ☐ except defendant (name):

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):

   (5) ☐ other (specify):

   d. ☐ except defendant (name):

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):

   (5) ☐ other (specify):

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1 through 5 _____ were the agents or employees of other
   named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 6 through 10 _____ are persons whose capacities are unknown to
   plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

PLD-PI-001(5)

| SHORT TITLE: FIRE INSURANCE EXCHANGE v. SUNBEAM PRODUCTS, INC., and DOES 1 through 10, inclusive. | CASE NUMBER: |
|---|---|

SECOND _____ CAUSE OF ACTION—Products Liability                    Page FIVE
(number)

ATTACHMENT TO  [X] Complaint  [ ] Cross-Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff (name): FIRE INSURANCE EXCHANGE

Prod. L-1. On or about (date): January 14, 2007        plaintiff was injured by the following product:
Sunbeam electric blanket

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
[X] used in the manner intended by the defendants.
[ ] used in a manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
[ ] purchaser of the product.              [ ] user of the product.
[ ] bystander to the use of the product.    [X] other (specify): Insurer of the user of the product.

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L-4. [X] **Count One—Strict liability** of the following defendants who
a. [X] manufactured or assembled the product (names): Sunbeam Products, Inc., and

[X] Does 1 to 10
b. [X] designed and manufactured component parts supplied to the manufacturer (names):
Sunbeam Products, Inc., and

[X] Does 1 to 10
c. [X] sold the product to the public (names) Sunbeam Products, Inc., and

[X] Does 1 to 10
Prod. L-5. [X] **Count Two—Negligence** of the following defendants who owed a duty to plaintiff (names):
Sunbeam Products, Inc., and

[X] Does 1 to 10
Prod. L-6. [X] **Count Three—Breach of warranty** by the following defendants (names): Sunbeam Products, Inc., and

[X] Does 1 to 10
a. [X] who breached an implied warranty
b. [X] who breached an express warranty which was
[X] written  [X] oral
Prod. L-7. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[ ] listed in Attachment-Prod. L-7  [ ] as follows:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

CAUSE OF ACTION—Products Liability

Legal Solutions Plus

Code of Civil Procedure, § 425.12

PLD-PI-001

| SHORT TITLE: FIRE INSURANCE EXCHANGE v. SUNBEAM PRODUCTS, INC., and DOES 1 through 10, inclusive. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☒ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify):*

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☐ general damage
   e. ☒ property damage
   f. ☐ loss of earning capacity
   g. ☒ other damage *(specify):* Payout pursuant to contract of insurance.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☒ according to proof , plus interest pursuant to Civil Code Section 3287, et seq.
      (2) ☐ in the amount of: $ 0.00

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
   All charging allegations.

Date: November 19, 2007

Kenneth W. Turner
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

Page 3 of 3

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001(2)

| SHORT TITLE: FIRE INSURANCE EXCHANGE v. SUNBEAM PRODUCTS, INC., and DOES 1 through 10, inclusive. | CASE NUMBER: |
|---|---|

FIRST _____ CAUSE OF ACTION—General Negligence          Page  FOUR
 (number)

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1.  Plaintiff *(name)*:  FIRE INSURANCE EXCHANGE

alleges that defendant *(name)*:  SUNBEAM PRODUCTS, INC., and

[X] Does 1_____ to 10, Inclusive

was the legal (proximate) cause of damages to plaintiff.  By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*:  January 14, 2007

at *(place)*: 7308 Outlook, Oakland, California 94605 - residence of James & Victoria Esoimeme.

*(description of reasons for liability):*

The Defendant, SUNBEAM PRODUCTS, INC., negligently manufactured and/or designed the subject electric blanket in such a way as to cause a fire at the above-mentioned premises, which resulted in damages to the premises. Additionally, the Defendant had inadequate use instructions and warnings.

The direct and proximate cause of the plaintiff's insureds' loss is due to the negligence of defendants, and each of them.  Pursuant to the applicable contract of insurance, Plaintiff, Fire Insurance Exchange, paid its insured and was subrogated to the extent of its payout.

Page 1 of 1

Code of Civil Procedure 425.12

# Exhibit B

Fire Insurance Exchange v. Sunbeam Products, Inc.
Case No. CV 08-0367 CW



Gets you back where you belong.

"fire insurance exchange"     Searc

Auto | Homeowners | Life | Business | Boats | Motorcycles | Specialty Products | Financial Produc

**Manage My Policies
& Pay My Monthly Bill**

User ID:

Forgot Your ID?

Password:

Forgot Your Password?

Enroll Now     Log In
View Demo     Learn More

Make a One Time Payment

Find a Local Agent

Get a Quote

Report a Claim

Use Tools & Calculators

Plan for Life Events

Prepare for the Unexpected

Visit our Communities

Career Opportunities

Since 1928, Farmers peopl
have been getting yo
"back where you belong

FARME

### Why Choose Farmers Insurance Group?

The Farmers Insurance Group of Companies was founded in 1928 when Farmers Insurance
Exchange, an automobile insurer, was formed. As customer demand for additional insurance
services increased, the Fire Insurance Exchange and Truck Insurance Exchange were
established for home and commercial insurance needs. Today, the Farmers Insurance Group
of Companies is the country's third-largest writer of both private passenger automobile and
homeowners insurance.

### About Farmers
- About Farmers
- What we believe
- What our customers believe about us

### Corporate Contributions
- Corporate Contributions Form

### Employment at Farmers
- Job Opportunites
- Information on Internships

Home     Media Center     Help     Sitemap     Privacy Policy     Legal Disclaimer     Zurich Financial Servic

# Exhibit C

Fire Insurance Exchange v. Sunbeam Products, Inc.
Case No. CV 08-0367 CW

# FARMERS GROUP, INC.

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 10/17/1927 |
| Type: | Domestic Corporation | Corp Number: | C1096-1927 |
| Qualifying State: | NV | List of Officers Due: | 10/31/2008 |
| Managed By: | | Expiration Date: | |

## Resident Agent Information

| | | | |
|---|---|---|---|
| Name: | CSC SERVICES OF NEVADA, INC. | Address 1: | 502 EAST JOHN STREET |
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89706 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | | Mailing Zip Code: | |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 1,000.00 |
| Par Share Count: | 1,000.00 | Par Share Value: | $ 1.00 |

## Officers

☐ Include Inactive Officers

**Secretary - DOREN HOHL**

| | | | |
|---|---|---|---|
| Address 1: | 4680 WILSHIRE BOULEVARD | Address 2: | |
| City: | LOS ANGELES | State: | CA |
| Zip Code: | 90010 | Country: | |
| Status: | Active | Email: | |

**President - PAUL N HOPKINS**

| | | | |
|---|---|---|---|
| Address 1: | 4680 WILSHIRE BOULEVARD | Address 2: | |
| City: | LOS ANGELES | State: | CA |
| Zip Code: | 90010 | Country: | |
| Status: | Active | Email: | |

**Director - JASON KATZ**

| | | | |
|---|---|---|---|
| Address 1: | 4680 WILSHIRE BOULEVARD | Address 2: | |
| City: | LOS ANGELES | State: | CA |
| Zip Code: | 90010 | Country: | |
| Status: | Active | Email: | |

**Treasurer - PIERRE C WAUTHIER**

| | | | |
|---|---|---|---|
| Address 1: | 4680 WILSHIRE BOULEVARD | Address 2: | |
| City: | LOS ANGELES | State: | CA |
| Zip Code: | 90010 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| | |
|---|---|
| Action Type: | Articles of Incorporation |

| | | | |
|---|---|---|---|
| Document Number: | C1096-1927-001 | # of Pages: | 0 |
| File Date: | 10/17/1927 | Effective Date: | |

(No notes for this action)

| | |
|---|---|
| Action Type: | Amendment |

| | | | |
|---|---|---|---|
| Document Number: | C1096-1927-003 | # of Pages: | 1 |
| File Date: | 11/22/1927 | Effective Date: | |

**CERTIFICATE OF AMENDMENT FILED.**

| | | | |
|---|---|---|---|
| Action Type: | Amendment | | |
| Document Number: | C1096-1927-004 | # of Pages: | 1 |
| File Date: | 03/24/1930 | Effective Date: | |

**CERTIFICATE OF AMENDMENT FILED.**

| | | | |
|---|---|---|---|
| Action Type: | Amendment | | |
| Document Number: | C1096-1927-005 | # of Pages: | 1 |
| File Date: | 02/04/1936 | Effective Date: | |

**CERTIFICATE OF AMENDMENT FILED.**

| | | | |
|---|---|---|---|
| Action Type: | Amendment | | |
| Document Number: | C1096-1927-006 | # of Pages: | 1 |
| File Date: | 01/31/1938 | Effective Date: | |

**CERTIFICATE OF AMENDMENT FILED.**

| | | | |
|---|---|---|---|
| Action Type: | Amendment | | |
| Document Number: | C1096-1927-007 | # of Pages: | 1 |
| File Date: | 02/09/1940 | Effective Date: | |

**CERTIFICATE OF AMENDMENT FILED.**

| | | | |
|---|---|---|---|
| Action Type: | Amendment | | |
| Document Number: | C1096-1927-008 | # of Pages: | 1 |
| File Date: | 02/19/1948 | Effective Date: | |

**CERTIFICATE OF AMENDMENT FILED.**

| | | | |
|---|---|---|---|
| Action Type: | Amendment | | |
| Document Number: | C1096-1927-009 | # of Pages: | 1 |
| File Date: | 05/29/1950 | Effective Date: | |

**CERTIFICATE OF AMENDMENT FILED.**

| | | | |
|---|---|---|---|
| Action Type: | Amendment | | |
| Document Number: | C1096-1927-010 | # of Pages: | 1 |
| File Date: | 08/04/1954 | Effective Date: | |

**CERTIFICATE OF AMENDMENT FILED.**

| | | | |
|---|---|---|---|
| Action Type: | Amendment | | |
| Document Number: | C1096-1927-011 | # of Pages: | 1 |
| File Date: | 03/29/1965 | Effective Date: | |

**CERTIFICATE OF AMENDMENT FILED.**

| | | | |
|---|---|---|---|
| Action Type: | Amendment | | |
| Document Number: | C1096-1927-012 | # of Pages: | 1 |
| File Date: | 05/03/1968 | Effective Date: | |

**RESTATED ARTICLES OF INCORPORATION FILED.**

| | | | |
|---|---|---|---|
| Action Type: | Merger | | |
| Document Number: | C1096-1927-013 | # of Pages: | 1 |
| File Date: | 12/31/1970 | Effective Date: | |

**AGREEMENT OF MERGER-MERGING TRUCK UNDERWRITERS ASSOCIATION & FIRE UNDERWRITERS ASSOCIATION, BOTH (CA) CORPS. NOT QUAL., INTO THIS CORP. CHANGED NAME OF SURV.**

| | | | |
|---|---|---|---|
| Action Type: | Amendment | | |
| Document Number: | C1096-1927-014 | # of Pages: | 1 |
| File Date: | 12/31/1970 | Effective Date: | |

**FARMERS UNDERWRITERS ASSOCIATION B ? < 001**

| | | | |
|---|---|---|---|
| Action Type: | Amendment | | |
| Document Number: | C1096-1927-015 | # of Pages: | 1 |
| File Date: | 03/26/1971 | Effective Date: | |

**RESTATED ARTICLES OF INCORPORATION**

| | |
|---|---|
| Action Type: | Amendment |

| Document Number: | C1096-1927-016 | # of Pages: | 1 |
|---|---|---|---|
| File Date: | 06/06/1972 | Effective Date: | |

**CERTIFICATE OF AMENDMENT: ARTICLE IV CAPITAL STOCK $32,000,000.00**

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | C1096-1927-017 | # of Pages: | 1 |
| File Date: | 08/11/1972 | Effective Date: | |

**RESTATED ARTICLES OF INCORPORATION**

| Action Type: | Resident Agent Address Change | | |
|---|---|---|---|
| Document Number: | C1096-1927-018 | # of Pages: | 1 |
| File Date: | 12/11/1973 | Effective Date: | |

**NV CORPORATION SERVICE & TRUST CO**

**195 SOUTH SIERRA ST RENO NV**

| Action Type: | Resident Agent Change | | |
|---|---|---|---|
| Document Number: | C1096-1927-019 | # of Pages: | 1 |
| File Date: | 05/06/1974 | Effective Date: | |

**NV CORPORATION SERVICE & TRUST CO #309**

**ONE E LIBERTY ST RENO NV**

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | C1096-1927-020 | # of Pages: | 1 |
| File Date: | 05/31/1974 | Effective Date: | |

**CERT. OF AMENDMENT-ARTICLE VI**

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | C1096-1927-021 | # of Pages: | 1 |
| File Date: | 06/21/1974 | Effective Date: | |

**RESTATED ARTICLES OF INCORPORATION**

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | C1096-1927-022 | # of Pages: | 1 |
| File Date: | 06/09/1977 | Effective Date: | |

**ARTICLE IV CAPITAL STOCK $52,000,000.**

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | C1096-1927-023 | # of Pages: | 1 |
| File Date: | 10/01/1984 | Effective Date: | |

**CAPITAL STOCK WAS $52,000,000**

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | C1096-1927-024 | # of Pages: | 1 |
| File Date: | 05/21/1986 | Effective Date: | |

**CAPITAL STOCK WAS $79,000,000**

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | C1096-1927-025 | # of Pages: | 1 |
| File Date: | 12/16/1988 | Effective Date: | |

**CAPITAL STOCK WAS $237,000,000**

**AGREEMENT OF MERGER MERGING BATUS FINANCIAL SERVICES, INC. (A DELAWARE CORP) IN TO THIS CORP**

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | C1096-1927-026 | # of Pages: | 1 |
| File Date: | 02/09/1989 | Effective Date: | |

**CERTIFICATE OF AMENDMENT OF RESTATED ARTICLES AMENDING ARTICLE FOUR.**

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | C1096-1927-027 | # of Pages: | 4 |
| File Date: | 09/04/1998 | Effective Date: | |

**CERTIFICATE OF AMENDMENT FILED AMENDING ARTICLE FOURTH. (4)PGS. DMF**

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | C1096-1927-035 | # of Pages: | 2 |

| | | | |
|---|---|---|---|
| File Date: | 11/16/1998 | Effective Date: | |

(No notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Resident Agent Address Change | | |
| Document Number: | C1096-1927-028 | # of Pages: | 1 |
| File Date: | 10/29/1999 | Effective Date: | |

CORPORATION TRUST COMPANY OF NEVAD KFA

ONE EAST FIRST STREET RENO NV 89501 KFA

| | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | C1096-1927-036 | # of Pages: | 2 |
| File Date: | 11/04/1999 | Effective Date: | |

(No notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | C1096-1927-034 | # of Pages: | 2 |
| File Date: | 11/03/2000 | Effective Date: | |

(No notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Amendment | | |
| Document Number: | C1096-1927-029 | # of Pages: | 1 |
| File Date: | 02/08/2001 | Effective Date: | |

#1 OF 7. AMENDED AND RESTATED ARTICLES FILED AMENDING ARTICLE FOURTH. (7)PGS.

DMF

#2 OF 7. CERTIFCTATE OF DESIGNATION FILED DESIGNATING 8 AND 8/9 SHARES AS

CLASS C-1 COMMON STOCK. (22)PGS. DMF

#3 OF 7. CERTIFICATE OF DESIGNATION FILED DESIGNATING 6 AND 2/3 SHARES AS

CLASS C-2 COMMON STOCK. (22)PGS. DMF

#4 OF 7. CERTIFICATE OF DESIGNATION FILED DESIGNATING 10 SHARES AS

CLASS C-3 COMMON STOCK. (21)PGS.

DMF

#5 OF 7. CERTIFICATE OF DESIGNATION FILED DESIGNATING 5 AND 5/9 SHARES AS

CLASS C-4 COMMON STOCK. (21)PGS. DMF

#6 OF 7. CERTIFICATE OF DESIGNATION FILED DESIGNATING 8 AND 8/9 SHARES AS

CLASS C-5 COMMON STOCK. (21)PGS.

DMF

#7 OF 7. CERTIFICATE OF DESIGNATION FILED DESIGNATING 10 SHARES AS

CLASS C-6 COMMON STOCK. (21)PGS.

DMF

| | | | |
|---|---|---|---|
| Action Type: | Amendment | | |
| Document Number: | C1096-1927-030 | # of Pages: | 1 |
| File Date: | 02/14/2001 | Effective Date: | |

AMENDMENT TO CERTIFICATE OF DESIGNATION OF CLASS C-3 COMMON STOCK FILED.

#1 OF 4 (3)PGS CHM

AMENDMENT TO CERTIFICATE OF DESIGNATION OF CLASS C-4 COMMON STOCK FILED.

#2 OF 4 (3)PGS CHM

AMENDMENT TO CERTIFICATE OF DESIGNATION OF CLASS C-5 COMMON STOCK FILED.

#3 OF 4 (3)PGS CHM

AMENDMENT TO CERTIFICATE OF DESIGNATION OF CLASS C-6 COMMON STOCK FILED.

#4 OF 4 (3)PGS CHM

| | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | C1096-1927-033 | # of Pages: | 7 |
| File Date: | 10/25/2001 | Effective Date: | |

(No notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | C1096-1927-032 | # of Pages: | 5 |
| File Date: | 10/31/2002 | Effective Date: | |

(No notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | C1096-1927-002 | # of Pages: | 1 |
| File Date: | 11/10/2004 | Effective Date: | |

List of Officers for 2004 to 2005

| | | | |
|---|---|---|---|
| Action Type: | Resident Agent Change | | |
| Document Number: | C1096-1927-031 | # of Pages: | 1 |
| File Date: | 12/20/2004 | Effective Date: | |

CORPORATION TRUST COMPANY OF NEVADA STE 500

6100 NEIL ROAD RENO NV 89511 CXE

| | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | 20050431979-70 | # of Pages: | 1 |
| File Date: | 09/26/2005 | Effective Date: | |

(No notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | 20060600189-22 | # of Pages: | 1 |
| File Date: | 09/18/2006 | Effective Date: | |

(No notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | 20070652335-13 | # of Pages: | 1 |
| File Date: | 09/25/2007 | Effective Date: | |

(No notes for this action)

# Exhibit D

Fire Insurance Exchange v. Sunbeam Products, Inc.
Case No. CV 08-0367 CW





**D&B's Million Dollar Databases**

Search Results          New Search          Modify Search          My Criteria          Output          Help


Click here to purchase a D&B Business/Credit Report for this Company

<< Previous    Record 1 of 1    Next >>

## Fire Insurance Exchange

| | |
|---|---|
| Marked for Output | ☐ |
| D&B D-U-N-S Number | 04-443-5584 |
| Company Name(s) | Fire Insurance Exchange |
| Trade Styles | |
| Street Address | 4680 Wilshire Blvd |
| City | Los Angeles |
| State / Province | CA |
| ZIP Code | 90010 |
| County | Los Angeles |
| Phone Number | (323)932-3200 |
| Sales | $404,467,000          US (ACTUAL) |
| Employees Here | 2300 |
| Employees Total | 16728 |
| Location Type | Headquarters |
| Line Of Business | FIRE/CASUALTY INSURANCE CARRIER |
| Primary SICs | 63310000          Fire, marine, and casualty insurance |
| Primary NAICS | 524126 |
| Ownership / Control Date | 1942 |
| Metropolitan Area | |
| State of Incorporation | CA |
| Import/Export | Not Available |
| Public/Private | Private |
| Ticker Symbol | |
| Bank | |
| Accountant | |
| CEO | ☐ Mr Martin Feinstein          Chief Executive Officer |
| Executives | ☐ Mr John Harrington          President |
| | ☐ Mr Ron Myhan          Treasurer |
| | ☐ Doren Hohl          Secretary |
| Other Officers | |

D&B Million Dollar Database

**Executive Biographies**  JOHN HARRINGTON LYNCH YEAR OF BIRTH: 0000 Antecedents are undetermined.
MARTIN FEINSTEIN YEAR OF BIRTH: 0000 Antecedents are undetermined.

Copyright © 2007 D&B - ALL RIGHTS RESERVED