| | |
|---|---|
| 1 | S. Mark Varney, No. 121129 |
| 2 | Jonathan Yank, No. 215495<br>**CARROLL, BURDICK & McDONOUGH** LLP |
| 3 | Attorneys at Law<br>44 Montgomery Street, Suite 400 |
| 4 | San Francisco, CA  94104<br>Telephone:    415.989.5900 |
| 5 | Facsimile:    415.989.0932<br>Email:        mvarney@cbmlaw.com |
| 6 | jyank@cbmlaw.com |
| 7 | Attorneys for Plaintiff<br>SUNBEAM PRODUCTS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRE INSURANCE EXCHANGE, | No. CV 08-0367 CW |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| SUNBEAM PRODUCTS, INC. and DOES 1 through 10, inclusive, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CBM-PRODUCTS\SF390860.1

**PROOF OF SERVICE**

*Fire Insurance Exchange v. Sunbeam Products, Inc.*
United States District Court, Northern District of California, Action No. CV 08-0367 CW

## PROOF OF SERVICE BY MAIL

I declare that I am employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within cause; my business address is 44 Montgomery Street, Suite 400, San Francisco, CA 94104. On January 22, 2008, I served the enclosed:

1. **Civil Cover Sheet;**

2. **Notice of Removal of Action Under 28 U.S.C. Section 1441(a) by Defendant Sunbeam Products, Inc.;**

3. **Declaration of S. Mark Varney in Support of Notice of Removal of Action Under 28 U.S.C. Section 1441(a) by Defendant Sunbeam Products, Inc.;**

4. **ECF Registration Information Handout;**

5. **Court Guidelines Re Filing Process; and**

6. **Order Setting Initial Case Management Conference and ADR Deadlines**

on the parties in said cause (listed below) by enclosing a true copy thereof in a sealed envelope and, following ordinary business practices, said envelope was placed for mailing and collection (in the offices of Carroll, Burdick & McDonough LLP) in the appropriate place for mail collected for deposit with the United States Postal Service. I am readily familiar with the Firm's practice for collection and processing of correspondence/documents for mailing with the United States Postal Service and that said correspondence/documents are deposited with the United States Postal Service in the ordinary course of business on the same day.

| | |
|---|---|
| Kenneth W. Turner, Esq.<br>Law Offices of Kenneth W. Turner<br>2057 Forest Avenue, Suite 3<br>Chico, CA 95928 | Attorney for Plaintiff<br><br>Fire Insurance Exchange |

Phone:   530.898.0774
Fax:       530.898.0775

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service is made, and that this declaration was executed on January 22, 2008, at San Francisco, California.

_____
Imelda Hernandez

CBM-PRODUCTS\SF390627.1

PROOF OF SERVICE