1  S. Mark Varney, No. 121129
Jonathan Yank, No. 215495

2  **CARROLL, BURDICK & McDONOUGH** LLP
Attorneys at Law

3  44 Montgomery Street, Suite 400
San Francisco, CA  94104

4  Telephone:    415.989.5900
Facsimile:    415.989.0932

5  Email:    mvarney@cbmlaw.com
jyank@cbmlaw.com

6

Attorneys for Defendant

7  SUNBEAM PRODUCTS, INC.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   OAKLAND DIVISION

11

| | |
|---|---|
| 12  FIRE INSURANCE EXCHANGE, | No. CV 08-0367 CW |
| 13              Plaintiff, | **SUNBEAM PRODUCTS, INC.'S ANSWER TO COMPLAINT** |
| 14        v. | **DEMAND FOR JURY TRIAL** |
| 15  SUNBEAM PRODUCTS, INC. and DOES 1 through 10, inclusive, | |
| 16              Defendants. | Complaint Filed:  November 28, 2007 |
| 17 | |

18

19          Defendant Sunbeam Products, Inc. ("Sunbeam"), for itself and itself only,

20  and in answer to the California Judicial Counsel Form Complaint filed by plaintiff Fire

21  Insurance Exchange, admits, denies and alleges as follows:

22          **ANSWER TO GENERAL ALLEGATIONS OF THE COMPLAINT**

23          1.        Sunbeam admits that the Complaint makes the allegations referenced in

24  paragraph 1, but denies all substantive facts stated or implied in this paragraph, and

25  further denies that plaintiff is entitled to any relief.  Sunbeam denies all other allegations

26  not specifically admitted.

27          2.        In reference to paragraph 2, Sunbeam admits that it was served with a form

28  Complaint consisting of five pages.

CBM-PRODUCTS\SF391471.1

**SUNBEAM PRODUCTS, INC.'S ANSWER TO COMPLAINT**                    **CASE NO. CV 08-0367 CW**

1    3.    Sunbeam lacks knowledge or information sufficient to form a belief as to the

2    truth of the allegations contained in paragraph 3 and, on that basis, denies them.

3    4.    Plaintiff does not allege any facts and has not checked any applicable boxes

4    at paragraph 4.

5    5.    Sunbeam admits that it is a Delaware Corporation with it is principal place of

6    business in Florida.  Sunbeam denies all other allegations not specifically admitted.

7    6.    Sunbeam lacks knowledge or information sufficient to form a belief as to the

8    truth of the allegations contained in paragraph 6 and, on that basis, denies them.

9    7.    Plaintiff does not allege any facts and has not checked any applicable boxes

10    at paragraph 7.

11    8.    Sunbeam admits that the subject property, located at 7308 Outlook, Oakland,

12    California 94605, is within the Court's jurisdictional area.

13    9.    Sunbeam lacks knowledge or information sufficient to form a belief as to the

14    truth of the allegations contained in paragraph 9 and, on that basis, denies them.

15    10.    Sunbeam admits that the Complaint makes the allegations referenced in

16    paragraph 10, but denies all substantive facts stated or implied in this paragraph and

17    further denies that plaintiff is entitled to any relief.  Sunbeam denies all other allegations

18    not specifically admitted.

19    11.    Sunbeam lacks knowledge or information sufficient to form a belief as to the

20    truth of the allegations contained in paragraph 11 and, on that basis, denies them.

21    12.    Plaintiff does not allege any facts and has not checked any applicable boxes

22    at paragraph 12.

23    13.    On information and belief, Sunbeam admits that the relief sought is in excess

24    of $100,000.

25    14.    Sunbeam denies that plaintiff is entitled to any relief, including, but not to

26    limited to, any of the relief sought in paragraphs 14.

27    15.    Sunbeam lacks knowledge or information sufficient to form a belief as to the

28    truth of the allegations contained in paragraph 15 and, on that basis, denies them.

CBM-PRODUCTS\SF391471.1                                    -2-

SUNBEAM PRODUCTS, INC.'S ANSWER TO COMPLAINT                    CASE NO. CV 08-0367 CW

1

**ANSWER TO FIRST CAUSE OF ACTION**
**(General Negligence)**

2

3       16.     Sunbeam denies that it was negligent in any manner or degree in regard to

4   the electric blanket referenced in paragraph GN-1 of plaintiff's First Cause of Action –

5   General Negligence, and further denies that plaintiff is entitled to any relief.  Sunbeam

6   additionally denies that it or any product distributed by it caused or contributed to the

7   alleged incident, injuries, and damages claimed by plaintiff.  Sunbeam further denies that

8   it failed to provide adequate warnings in regard to the electric blanket referenced

9   paragraph GN-1 of plaintiff's First Cause of Action – General Negligence.  Sunbeam

10  lacks knowledge or information sufficient to form a belief as to the truth of the remaining

11  allegations contained in plaintiff's First Cause of Action – General Negligence and, on

12  that basis, denies them.

13

**ANSWER TO SECOND CAUSE OF ACTION**
**(Products Liability)**

14

15      17.     In response to paragraph Prod. L-1 of plaintiff's Second Cause of Action –

16  Product Liability, Sunbeam denies that a Sunbeam electric blanket caused or contributed

17  to any of the injuries or damages claimed by plaintiff.

18      18.     In response to paragraph Prod. L-2 of plaintiff's Second Cause of Action –

19  Product Liability, Sunbeam lacks knowledge or information sufficient to form a belief as

20  to the truth of the allegations contained in paragraph Prod. L-2 as to the purchase and use

21  of the product without inspection for defects and use of the product in its intended

22  manner, and on that basis, denies those allegations.  Sunbeam further denies the

23  allegations in paragraph Prod. L-2 that the product was defective when it left Sunbeam's

24  control or at any time there after.

25      19.     In response to paragraph Prod. L-3 of plaintiff's Second Cause of Action –

26  Product Liability, Sunbeam lacks knowledge or information sufficient to form a belief as

27  to the truth of the allegations contained in paragraph Prod. L-3 and, on that basis, denies

28  them.

CBM-PRODUCTS\SF391471.1

-3-

**SUNBEAM PRODUCTS, INC.'S ANSWER TO COMPLAINT**                    **CASE NO. CV 08-0367 CW**

1      20.     In response to paragraph Prod. L-4 of plaintiff's Second Cause of Action –

2   Product Liability, Sunbeam admits that it designs, manufactures, assembles, and sells

3   Sunbeam electric blankets.  Sunbeam denies that the electric blanket referenced in

4   plaintiff's Second Cause of Action – Product Liability was defective in any manner or

5   degree.  Sunbeam additionally denies that it or any product distributed by it caused or

6   contributed to the alleged incident, injuries, and damages claimed by plaintiff.  Sunbeam

7   denies all remaining allegations of paragraph Prod. L-4 of plaintiff's Second Cause of

8   Action – Product Liability.

9      21.     In response to paragraph Prod. L-5 of plaintiff's Second Cause of Action –

10  Product Liability, Sunbeam denies that it was negligent in any manner or degree in regard

11  to the electric blanket referenced in plaintiff's Second Cause of Action – Product

12  Liability, and further denies that plaintiff is entitled to any relief.  Sunbeam additionally

13  denies that it or any product distributed by it caused or contributed to the alleged incident,

14  injuries, and damages claimed by plaintiff.  Sunbeam denies all remaining allegations of

15  paragraph Prod. L-5 of plaintiff's Second Cause of Action – Product Liability.

16     22.     In response to paragraph Prod. L-6 of plaintiff's Second Cause of Action –

17  Product Liability, Sunbeam denies that it breached any warranty to plaintiff, whether

18  implied or express, in regard to the electric blanket referenced in plaintiff's Second Cause

19  of Action – Product Liability, and further denies that plaintiff is entitled to any relief.

20  Sunbeam additionally denies that it or any product distributed by it caused or contributed

21  to the alleged incident, injuries, and damages claimed by plaintiff.  Sunbeam denies all

22  remaining allegations of paragraph Prod. L-4 of plaintiff's Second Cause of Action –

23  Product Liability.

24     23.     Plaintiff does not allege any facts and has not checked any applicable boxes

25  at paragraph L-7.

26

27

28

CBM-PRODUCTS\SF391471.1                                    -4-

**SUNBEAM PRODUCTS, INC.'S ANSWER TO COMPLAINT**                          **CASE NO. CV 08-0367 CW**

1 **FOR ITS AFFIRMATIVE DEFENSES TO EACH CAUSE OF ACTION, WHILE**

2 **SPECIFICALLY DENYING ANY LIABILITY TO PLAINTIFF OR ANYONE,**

3 **SUNBEAM ALLEGES AS FOLLOWS:**

4

**FIRST AFFIRMATIVE DEFENSE**
5 **(Failure to State a Claim)**

6      1.      The Complaint fails to state a claim on which relief may be granted against

7 Sunbeam.

8

**SECOND AFFIRMATIVE DEFENSE**
9 **(Spoliation of Evidence)**

10     2.      Plaintiff and its representatives failed to timely place Sunbeam on notice of

11 the subject occurrence within a reasonable time after they knew or reasonably should have

12 known that the Sunbeam product would be alleged as a potential cause of this loss.

13 Plaintiff further failed to preserve the fire scene before Sunbeam was allowed an

14 opportunity to inspect the fire scene and preserve evidence.  By the time that Sunbeam

15 was placed on notice of this claim and was provided the opportunity to inspect the fire

16 scene, the fire scene was irreparably altered and destroyed.  Plaintiff's spoliation of the

17 fire scene and destruction of evidence potentially relevant to the origin and cause of the

18 subject fire has caused unfair prejudice to defendants and entitles Sunbeam to sanctions,

19 including but not limited to dismissal of the action, the presumption or inference that any

20 such evidence would not have been favorable to plaintiff's claims, and preclusion of

21 plaintiff's witnesses from offering any such testimony concerning the fire scene and all

22 evidence not properly preserved.

23

**THIRD AFFIRMATIVE DEFENSE**
24 **(Comparative Fault / Fault of Others)**

25     3.      The losses and damages complained of by plaintiff, if any, were proximately

26 caused by the negligence, acts, omissions and/or fault of plaintiff and parties, individuals,

27 or entities other than this answering Defendant.

28

CBM-PRODUCTS\SF391471.1                           -5-

**SUNBEAM PRODUCTS, INC.'S ANSWER TO COMPLAINT**                    **CASE NO. CV 08-0367 CW**

1

### FOURTH AFFIRMATIVE DEFENSE
### (Altered Condition)

2

3

4.    On information and belief, the product that allegedly injured plaintiff was altered, changed, or otherwise modified by parties, individuals, or entities other than this defendant, and said modifications, changes or alterations were the proximate cause of the damages alleged by plaintiff, if any.

4

5

6

7

### FIFTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

8

5.    Plaintiff's claims are barred, in whole or in part, by the equitable doctrine of unclean hands and similar rules requiring plaintiff to do equity to obtain relief.

9

10

11

### SIXTH AFFIRMATIVE DEFENSE
### (Waiver / Acquiescence / Laches / Estoppel)

12

6.    Plaintiff's claims are barred, in whole or in part, by the equitable doctrines of waiver, acquiescence, laches and/or estoppel, in that, including without limitation, plaintiff unreasonably delayed in bringing its claims.

13

14

15

16

### SEVENTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate)

17

7.    Plaintiff's claims are barred, in whole or in part, because plaintiff failed to mitigate its damages and/or took unreasonable, unnecessary, and/or unduly expensive actions in purported mitigation, and Sunbeam is not responsible therefore.

18

19

20

21

### EIGHTH AFFIRMATIVE DEFENSE
### (Accord and Satisfaction)

22

8.    Plaintiff's claims are barred, in whole or in part, by the doctrine of accord and satisfaction.

23

24

25

### NINTH AFFIRMATIVE DEFENSE
### (Release)

26

9.    Plaintiff's claims are barred, in whole or in part, by release of those claims.

27

28

1

## TENTH AFFIRMATIVE DEFENSE
### (Misuse and Abuse)

2

3

10.    Plaintiff's claims are barred, in whole or in part, by the doctrine of misuse.

4

Upon information and belief, any alleged defects or nonconformities in the subject

5

product were caused solely and exclusively by misuse, abuse, and failure to use the

6

product in the manner in which it was intended and by a failure to follow instructions

7

regarding the product.  Such misuse, abuse, and failure to follow instructions on the part

8

of plaintiff and parties, individuals, and entities other than this answering Defendant,

9

proximately caused or contributed to the damages complained of, if any there were.

10

## ELEVENTH AFFIRMATIVE DEFENSE
### (Lack of Warranty Coverage)

11

12

11.    The alleged defect or nonconformity at issue, and any alleged damage

13

resulting from the alleged defect or nonconformity at issue, were and are expressly

14

excluded from and otherwise not covered by the express written limited warranty

15

applicable to the subject product.

16

## TWELFTH AFFIRMATIVE DEFENSE
### (Lack of Privity)

17

18

12.    Plaintiff's claims for breach of implied warranty are barred by a lack of

19

privity between plaintiff and this answering Defendant.

20

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Intervening/Superseding Acts)

21

13.    No act or omission of this answering Defendant substantially contributed to

22

or was a substantial cause in bringing about the occurrence, damage, or loss alleged in

23

plaintiff's Complaint, including any defect or nonconformity in the subject product.  This

24

answering Defendant further alleges that any act or omission of this defendant was

25

superseded by the acts or omissions of plaintiff and/or by the acts or omission of other

26

persons or entities, which acts or omissions were the independent, intervening, and

27

28

CBM-PRODUCTS\SF391471.1

-7-

**SUNBEAM PRODUCTS, INC.'S ANSWER TO COMPLAINT**                    **CASE NO. CV 08-0367 CW**

1  proximate cause(s) of the incident, damage, loss defects, and/or nonconformities alleged

2  in this action.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (Justiciability)

14.     Plaintiff's claims are barred, in whole or in part, by the doctrines of

ripeness, mootness, primary jurisdiction, failure to exhaust remedies, and/or other

justiciability doctrines.

## FIFTEENTH AFFIRMATIVE DEFENSE
### (Reservation of Defenses)

15.     The Complaint fails to describe the claims asserted against Sunbeam with

sufficient particularity to permit Sunbeam to ascertain what other defenses may exist.

Sunbeam therefore reserves the right to assert all defenses that may pertain to the

Complaint once the precise nature of such claims has been ascertained.

**WHEREFORE**, Sunbeam prays that judgment be entered as follows:

1.     That this Court enter a judgment in favor of Sunbeam and against plaintiff

on the Complaint and that the Complaint be dismissed with prejudice;

2.     That this Court award Sunbeam reasonable attorneys' fees and expenses,

costs of suit and such other and further relief as this Court may deem appropriate.


Dated:  January 28, 2008

CARROLL, BURDICK & McDONOUGH LLP


By _____ / s / _____
               S. Mark Varney
Attorneys for Defendant
SUNBEAM PRODUCTS, INC.

1

## DEMAND FOR JURY TRIAL

2  Sunbeam demands trial by jury in this action of all issues properly triable by jury.

3    Dated:  January 28, 2008

4                    CARROLL, BURDICK & McDONOUGH LLP

5

6                    By _____/ s /_____
                             S. Mark Varney
7                    Attorneys for Defendant
                     SUNBEAM PRODUCTS, INC.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CBM-PRODUCTS\SF391471.1                    -9-

**SUNBEAM PRODUCTS, INC.'S ANSWER TO COMPLAINT**                    **CASE NO. CV 08-0367 CW**