UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Fire Insurance Exchange

CASE NO. C 08-00367 CW

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE
CONFERENCE

Sunbeam Products, Inc.

Defendant(s).

_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference April 22, 2008    ⊞

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Kenneth W. Turner, Esq. | Plaintiff Fire Insurance Exchange | 530.898.0774 | turnerfirelaw@sbcglobal.net |
| S. Mark Varney, Esq. | Defendant Sunbeam Products, Inc. | 415.989.5900 | mvarney@cbmlaw.com |
| Thomas L. Vitu, Esq. | Defendant Sunbeam Products, Inc. | 248.646.5100 | tvitu@mdaal.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 3/20/08

Attorney for Plaintiff

Dated: 03.28.08    ⊞

S. Mark Varney, Esq.
Attorney for Defendant

Rev 12.05