

1  S. Mark Varney, No. 121129
   Jonathan Yank, No. 215495
2  **CARROLL, BURDICK & McDONOUGH** LLP
   Attorneys at Law
3  44 Montgomery Street, Suite 400
   San Francisco, CA 94104
4  Telephone:    415.989.5900
   Facsimile:    415.989.0932
5  Email:    mvarney@cbmlaw.com
             jyank@cbmlaw.com
6
   Attorneys for Defendant
7  SUNBEAM PRODUCTS, INC.

**FILED**

APR - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8  **R E C E I V E D**    UNITED STATES DISTRICT COURT

9  MAR 3 1 2008    NORTHERN DISTRICT OF CALIFORNIA

10  RICHARD W. WIEKING    OAKLAND DIVISION
    CLERK, U.S. DISTRICT COURT
11  NORTHERN DISTRICT OF CALIFORNIA
    OAKLAND

12  FIRE INSURANCE EXCHANGE,    |    No. CV 08-0367 CW

13         Plaintiff,    |    **[~~PROPOSED~~] ORDER GRANTING
                              ADMISSION OF THOMAS L. VITU TO
14         v.                 APPEAR AS COUNSEL *PRO HAC* VICE**

15  SUNBEAM PRODUCTS, INC. and
    DOES 1 through 10, inclusive,
16
           Defendants.
17

18

19         This Court, having reviewed and considered the application of Thomas L.

20  Esq. for an order admitting him as counsel *pro hac vice* in the above-entitled action, and

21  good cause appearing therefore,

22         IT IS HEREBY ORDERED that the application of Thomas L. Vitu, Esq. to

23  appear as counsel *pro hac vice* is GRANTED, and that Thomas L. Vitu, Esq. is admitted

24  to appear as *pro hac vice* counsel in the above-entitled action.

25         Dated: APR - 2 2008

26                                    The Honorable Claudia Wilken

27

28