

44 Montgomery Street
Suite 400
San Francisco, CA
94104-4606

415.989.5900
415.989.0932 Fax
www.cbmlaw.com

Los Angeles
Sacramento
Walnut Creek

May 2, 2008

S. Mark Varney
Direct Dial: 415.743.2535
mvarney@cbmlaw.com

The Honorable Claudia Wilken
United States District Court
Northern District of California
1301 Clay Street
Courtroom 2, 4th Floor
Oakland, CA 94612

> Re: **Fire Insurance Exchange v. Sunbeam Products, Inc.**
> **Case No.: CV 08-0367 CW**
> **Our File No.: 034610**

Dear Judge Wilken:

We represent defendant Sunbeam Products, Inc. in the above-referenced matter. Pursuant to the Court's order at the April 22, 2008 Case Management Conference, I have revisited with my client the issue of having this matter assigned to a Magistrate Judge for all purposes, and have also discussed the issue with Plaintiff's counsel. If the Court is inclined to reassign the matter, both parties have agreed to consent to Magistrate Judge Joseph C. Spero or Magistrate Judge Bernard Zimmerman.

In accordance with the provisions of Title 28 U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the Untied States Court of Appeals for the Ninth Circuit.

Sincerely,

CARROLL, BURDICK & McDONOUGH LLP

S. Mark Varney by

S. Mark Varney

cc: Kenneth W. Turner, Esq.
    Thomas Vitu, Esq.

CBM-PRODUCTS\SF403230.1