IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FIRE INSURANCE EXCHANGE,

    Plaintiff,

  v.

SUNBEAM PRODUCTS, INC.,

    Defendant.
_____/

No. C 08-00367 CW

ORDER OF REFERENCE
TO MAGISTRATE JUDGE

Pursuant to Local Rule 72-1 and the consent of parties, IT IS HEREBY ORDERED that the above-captioned case is referred for all further proceedings in the case, including trial, and the entry of a final judgment to either Magistrate Judge Joseph C. Spero or Magistrate Judge Bernard Zimmerman to be heard and considered at the convenience of Magistrate Judge's calendar.  The case management dates previously set remain in effect, **unless** the pretrial conference and trial dates are reset by the assigned Magistrate Judge.  Dispositive motions shall be heard no later than May 21, 2009, **in accordance with assigned Magistrate Judge's civil law and motion calendar.**

Dated: 5/5/08

                                            _____
                                            CLAUDIA WILKEN
                                            United States District Judge

cc: Wings,