UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRE INSURANCE EXCHANGE, ) | |
| ) | |
| Plaintiff(s), ) | No. C08-0367 BZ |
| ) | |
| v. ) | **NOTICE SETTING** |
| ) | **STATUS CONFERENCE** |
| SUNBEAM PRODUCTS INC., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

**PLEASE TAKE NOTICE** that a Status Conference is scheduled for **Monday, June 2, 2008, at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Any party desiring to supplement the Case Management Statement previously filed in this case may do so in writing no later than seven (7) days prior to the Status Conference.

Dated: May 12, 2008

*Rose Maher*
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\FIRE EXCHANGE V. SUNBEAM PRODUCTS\STATCONF.ORDER.wpd

1