# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Fire Insurance Exchange, | 08-00367 BZ MED |
|         Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Sunbeam Products, Inc., | |
|         Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Mark Penskar**
PG&E
77 Beale Street, B30A
San Francisco, CA 94105
415-972-5672
mhp5@pge.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00367 BZ MED                                        - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: May 14, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

United States District Court
Northern District of California