**LAW OFFICES OF**
**KENNETH W. TURNER**

| SACRAMENTO OFFICE | CHICO OFFICE |
|---|---|
| 331 J STREET, SUITE 200 | 2057 FOREST AVENUE, SUITE 3 |
| SACRAMENTO, CALIFORNIA 95814 | CHICO, CALIFORNIA 95928 |
| TELEPHONE (916) 443-6838 | TELEPHONE (530) 898-0774 |
| www.turnerfirelaw.com | FAX (530) 898-0775 |
| | E-mail: turnerfirelaw@sbcglobal.net |
| ☐ PREFERRED MAILING ADDRESS | ☑ PREFERRED MAILING ADDRESS |

May 16, 2008

<u>By E-file and courtesy copy mailed</u>

Magistrate Judge Bernard Zimmerman
Federal Building - Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  Fire Insurance Exchange v. Sunbeam Products Inc., et al
     Federal Court Case Number: C08-0367 BZ

Judge Zimmerman:

I am the attorney of record for Plaintiff, Fire Insurance Exchange, in the above noted matter. I have a solo practice in Chico, California, and therefor due to my conflicting calendar and distance from San Francisco, I respectfully request that I be able to appear by telephone at the Status Conference set for June 2, 2008 at 4:00 p.m.

I have provided a Proposed Order for your consideration.

Very truly yours,

LAW OFFICES OF KENNETH W. TURNER

Kenneth W. Turner
Attorney at Law
KWT:kw

Enclosure

```
 1  Kenneth W. Turner, Esq.    SB#100393
    LAW OFFICES OF KENNETH W. TURNER
 2  2057 Forest Avenue, Suite 3
    Chico, California 95928
 3  Telephone: (530) 898-0774
    Facsimile: (530) 898-0775
 4
    Attorney for Plaintiff,
 5  FIRE INSURANCE EXCHANGE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FIRE INSURANCE EXCHANGE, | ) | Case No. C08-0367 BZ |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | [Proposed] ORDER ALLOWING THE TELEPHONIC APPEARANCE OF FIRE INSURANCE EXCHANGE AT THE STATUS CONFERENCE |
| SUNBEAM PRODUCTS INC. and DOES 1 through 10 inclusive, | ) | Date: June 2, 2008<br>Time: 4:00 pm |
| Defendant. | ) | Courtroom: G, 15th Floor |

The Court, having reviewed and considered the request of Kenneth W. Turner, Attorney for Fire Insurance Exchange, for telephonic appearance.

Good Cause having been shown therefor,

IT IS HEREBY ORDERED:

Fire Insurance Exchange's request for a telephonic appearance at the Status Conference set for June 2, 2008, at 4:00 p.m., in Courtroom G, 15th Floor of the Federal Building has been granted.

Dated: _____

_____
Magistrate Judge Bernard Zimmerman

---

1

[Proposed] Order Granting Telephonic Appearance at the Status Conference