# LAW OFFICES OF
# KENNETH W. TURNER

**SACRAMENTO OFFICE**
331 J STREET, SUITE 200
SACRAMENTO, CALIFORNIA 95814
TELEPHONE (916) 443-6838
www.turnerfirelaw.com

□ **PREFERRED MAILING ADDRESS**

**CHICO OFFICE**
2057 FOREST AVENUE, SUITE 3
CHICO, CALIFORNIA 95928
TELEPHONE (530) 898-0774
FAX (530) 898-0775
E-mail: turnerfirelaw@sbcglobal.net
☑ **PREFERRED MAILING ADDRESS**

May 16, 2008

_By E-file and courtesy copy mailed_

Magistrate Judge Bernard Zimmerman
Federal Building - Courtroom G, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102


Re:     Fire Insurance Exchange v. Sunbeam Products Inc., et al
        Federal Court Case Number: C08-0367 BZ


Judge Zimmerman:

I am the attorney of record for Plaintiff, Fire Insurance Exchange, in the above noted matter. I have a solo practice in Chico, California, and therefor due to my conflicting calendar and distance from San Francisco, I respectfully request that I be able to appear by telephone at the Status Conference set for June 2, 2008 at 4:00 p.m.

I have provided a Proposed Order for your consideration.

Very truly yours,

LAW OFFICES OF KENNETH W. TURNER


Kenneth W. Turner
Attorney at Law
KWT:kw

Enclosure

Kenneth W. Turner, Esq.   SB#100393
LAW OFFICES OF KENNETH W. TURNER
2057 Forest Avenue, Suite 3
Chico, California 95928
Telephone: (530) 898-0774
Facsimile: (530) 898-0775

**Attorney for Plaintiff,
FIRE INSURANCE EXCHANGE**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRE INSURANCE EXCHANGE,<br><br>        Plaintiff,<br><br>vs.<br><br>SUNBEAM PRODUCTS INC.<br>and DOES 1 through 10<br>inclusive,<br><br>        Defendant. | **Case No. C08-0367 BZ**<br><br>[Proposed] **ORDER ALLOWING<br>THE TELEPHONIC APPEARANCE<br>OF FIRE INSURANCE EXCHANGE<br>AT THE STATUS CONFERENCE**<br><br>**Date: June 2, 2008<br>Time: 4:00 pm<br>Courtroom: G, 15th Floor** |

The Court, having reviewed and considered the request of Kenneth W. Turner, Attorney for Fire Insurance Exchange, for telephonic appearance.

Good Cause having been shown therefor,

IT IS HEREBY ORDERED:

Fire Insurance Exchange's request for a telephonic appearance at the Status Conference set for June 2, 2008, at 4:00 p.m., in Courtroom G, 15th Floor of the Federal Building has been granted.

Dated:   May 22, 2008

Counsel shall contact CourtCall, telephonic
court appearances at 1-888-882-6878
and make arrangements for the
telephonic conference call.

_____
Magistrate Judge Bernard Zimmerman

GRANTED
Judge Bernard Zimmerman

1

[Proposed] Order Granting Telephonic Appearance at the Status Conference