

**Pacific Gas and Electric Company** ™

| | | |
|---|---|---|
| **RECEIVED** | Mark H. Penskar | *Mailing Address* <br> P.O. Box 7442 <br> San Francisco, CA 94120 |
| MAY 2 8 2008 | **FILED** <br> MAY 2 8 2008 <br> RICHARD W. WIEKING <br> CLERK, U.S. DISTRICT COURT <br> NORTHERN DISTRICT OF CALIFORNIA <br> E-filing <br> *By Facsimile* | *Street/Courier Address* <br> Law Department <br> 77 Beale Street <br> San Francisco, CA 94105 <br><br> (415) 972-5672 <br> Fax: (415) 973-5520 <br> Internet: MHP5@pge.com |
| RICHARD W. WIEKING <br> CLERK, U.S. DISTRICT COURT <br> NORTHERN DISTRICT OF CALIFORNIA | | |

May 28, 2008

Kenneth Wayne Turner
Law Offices of Kenneth W. Turner
2057 Forest Avenue, Suite 3
Chico, CA 95928
Fax: 530 898-0775

S. Mark Varney
Carroll Burdick & McDonough LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Fax: 415 989-0932

Re:   *Fire Insurance Exchange v. Sunbeam Products, Inc.*
        <u>Alameda Co. Superior Court Case No. RG07358222</u>

Dear Counsel:

This letter confirms that a pre-session phone conference on the above-entitled action is set for **Monday, June 2 at 11:00 a.m.**

The conferencing number is **1-866-462-0164**; meeting no.*4159725672*.
Please remain on the line until all parties are connected.

I look forward to assisting you on this case.

Sincerely yours,

Mark H. Penskar
Mediator

cc:   Clerk's Office-ADR Unit