**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge BERNARD ZIMMERMAN

Date: **06/02/2008**

**C08-0367 BZ**

**Fire Insurance Exchange v. Sunbeam Products, Inc.**

Attorneys: Pltf: Kenneth W. Turner (telephonic)
           Def: S. Mark Varney

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**    Reporter: **Digital Recording: 4:01-4:09**

**PROCEEDINGS:**          **RULING:**

1. Status Conference          Matter Held
2. 

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Jury Trial set for August 3, 2009 at 8:30 a.m. Trial set for 5 days. Counsel agree to participate in Court sponsored mediation. The mediator has been assigned to the case. Plaintiff's are contemplating filing a personal injury lawsuit.

( XX ) ORDER TO BE PREPARED BY:  Plntf ____  Deft ____  Court XX

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off _____  Expert Discovery Cut-Off _____

Plntf to Name Experts by _____  Deft to Name Experts by _____

P/T Conference Date _____  Trial Date _____  Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court
Notes: _____