Case 3:08-cv-00367-BZ   Document 25   Filed 07/07/2008   Page 1 of 2

1  Kenneth W. Turner, Esq. SB# 100393
   LAW OFFICES OF KENNETH W. TURNER
2  2057 Forest Avenue, Suite 3
   Chico, California 95928
3  Telephone: (530) 898-0774
   Facsimile: (530) 898-0775
4
   **Attorney for Plaintiff,**
5  **FIRE INSURANCE EXCHANGE**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRE INSURANCE EXCHANGE, | No. CV 08-0367 BZ |
| Plaintiff, | Magistrate Judge Bernard Zimmerman |
| v. | **STIPULATION OF DISMISSAL** |
| SUNBEAM PRODUCTS, INC. and DOES 1 through 10, inclusive, | |
| Defendants. | |

   Plaintiff and defendant file this Stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

   1.  Plaintiff is FIRE INSURANCE EXCHANGE; defendant is SUMBEAM PRODUCTS, INC.

   2.  On November 28, 2007, plaintiff sued defendant in the Superior Court, County of Alameda bearing action number RG 07358222. On January 18, 2008 the matter was removed to Federal Court bearing action number CV 08-0367 BZ.

   3.  Plaintiff moves to dismiss the suit.

   4.  Defendant, who has answered, agrees to the dismissal.

Stipulation of Dismissal                    1                    NO.CV 08 0367 BZ

Case 3:08-cv-00367-BZ   Document 25   Filed 07/07/2008   Page 2 of 2

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is with prejudice to refiling.

Dated: July 3, 2008

CARROLL, BURDICK & McDONOUGH LLP

By _____
S. Mark Varney
Attorney for Defendant
Sunbeam Products, Inc.

Dated: July 3, 2008

LAW OFFICES OF KENNETH W. TURNER

By _____
Kenneth W. Turner
Attorney for Plaintiff
Fire Insurance Exchange

**IT IS SO ORDERED:**

_____
JUDGE OF THE FEDERAL COURT

---

Stipulation of Dismissal                2                NO.CV 08 0367 BZ

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FIRE INSURANCE EXCHANGE et al,

        Plaintiff,

  v.

SUNBEAM PRODUCTS, INC. et al,

        Defendant.
                                   /

Case Number: CV08-00367 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Thomas L. Vitu
Moffett & Dillon
255 East Brown Street
Suite 340
Birmingham, MI 48009

Dated: July 8, 2008

                                          Richard W. Wieking, Clerk
                                          By: Simone Voltz, Deputy Clerk